IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FRANK LUIS DE DIOS MARTINEZ,**

    Plaintiff,

     v.                                        No. 14-cv-0169 MCA/SMV

**CIBOLA COUNTY, CITY OF GRANTS,**
**KATHY GALLEGOS,**
**PENITENTIARY OF NEW MEXICO, and**
**FNU LNU,**

    Defendants.[1]

**ORDER GRANTING MOTION TO SEAL**

THIS MATTER is before the Court on Defendant's Motion to Seal Exhibit and Portions of *Martinez* Report [Doc. 43], filed on December 10, 2015. On September 22, 2015, the Court ordered Defendant to submit a *Martinez* Report. [Doc. 39]. Defendant moves for permission to file under seal one exhibit and the portions of the Report that refer to the exhibit. [Doc. 43]. Defendant describes the exhibit as a "confidential gang-related investigation report conducted by [New Mexico Corrections Department ("NMCD")] concerning Plaintiff's status in segregation and his classification placement during the relevant time period in 2011." *Id.* at 1. Defendant argues that disclosing the report to the public or to Plaintiff "will compromise the safety and security of Plaintiff, other inmates, and employees of NMCD." *Id.* at 2. The Court finds that the Motion is well-taken and should be GRANTED.

---

[1] On June 24, 2015, the Honorable M. Christina Armijo, Chief United States District Judge, issued a Memorandum Opinion and Order dismissing the Plaintiff's claims against all Defendants except for the Warden of the Penitentiary of New Mexico, German Franco, in his individual capacity. [Doc. 28] at 7.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Seal Exhibit and Portions of *Martinez* Report [Doc. 43] is **GRANTED**.  Defendant may file two versions of the *Martinez* Report, an un-redacted version and a redacted version.  The un-redacted version may be filed under seal ex parte.  As to the second version, Defendant may redact the gang-related investigation report and any reference to its contents before serving it on Plaintiff and filing it on the record.

**IT IS SO ORDERED.**

                                                                      **STEPHAN M. VIDMAR**
                                                                      **United States Magistrate Judge**